AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Michael Anthony Breyan,<br>*Plaintiff*<br>v.<br><br>Greenville County Detention Center *All Employees*; Greenville County Law Enforcement; Greenville County General Sessions; Greenville County Courts; Anderson County Law Enforcement; Anderson County Probation Center; Anderson County General Sessions; McCormick Correctional Institution; Kirkland R.N.E. Correctional Institution; Broad River Correctional Institution; SCDC Departments in Columbia; Kershaw Department of Corrections; Turbeville Department of Corrections; Lee County Department of Corrections; Perry Department of Corrections; Lieber Department of Corrections; Charleston District Courts; Lee County General Sessions Court; Lee County Courts; Appeal Courts in Virginia; Indianapolis, Indiana; State Supreme Courts in Columbia; District Court Columbia; Richland Police Department; Attorney General Sessions; White House Staff; Williamston, SC Police Department; Bank of America; Palmetto Bank; Wells Fargo Bank,<br>*Defendants* | Civil Action No.    1:20-cv-01819-BHH |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

■ The plaintiff, Michael Anthony Breyan, shall take nothing of the defendants, Greenville County Detention Center *All Employees*, Greenville County Law Enforcement, Greenville County General Sessions, Greenville County Courts, Anderson County Law Enforcement, Anderson County Probation Center, Anderson County General Sessions, McCormick Correctional Institution, Kirkland R.N.E. Correctional Institution, Broad River Correctional Institution, SCDC Departments in Columbia, Kershaw Department of Corrections, Turbeville Department of Corrections, Lee County Department of Correction, Perry Department of Corrections, Lieber Department of Corrections, Charleston District Courts, Lee County General Sessions Court, Lee County Courts, Appeal Courts in Virginia, Indianapolis, Indiana, State Supreme Courts in Columbia, District Court Columbia, Richland Police Department, Attorney General Sessions, White House Staff, Williamston, SC Police Department, Bank of America, Palmetto Bank and Wells Fargo Bank, and this action is dismissed with prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Bruce Howe Hendricks, United States District Judge, presiding, adopting the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the action.

Date:   July 21, 2020                                      ROBIN L. BLUME, CLERK OF COURT

                                                                              s/L. Baker
                                                           _____
                                                                *Signature of Clerk or Deputy Clerk*